THOMAS J. DEMARCHIS *v.* DOLORES R. DEMARCHIS
(9954)

O'CONNELL, NORCOTT and LAVERY, Js.

Argued November 5—decision released November 26, 1991

*James R. Smith,* for the appellant (plaintiff).
*Richard J. Joseph,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.